# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

|  |  |
|---|---|
| DEBRA HOLLINGSWORTH, | ) |
| Plaintiff, | ) |
| VS. | ) No. 05-1272-T |
| HENRY COUNTY MEDICAL CENTER EMS, INC., | ) |
| Defendant. | ) |

## ORDER OF TRANSFER

This action is hereby transferred to the Honorable J. Daniel Breen, United States District Judge, for further proceedings. The case will remain an Eastern Division case.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

6 December 2005
DATE

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 12/12/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 1:05-CV-01272 was distributed by fax, mail, or direct printing on December 12, 2005 to the parties listed.

---

Antonio L. Matthews
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Christopher L. Taylor
HILL BOREN
191 Jefferson Ave.
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT